**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN A. COLON,

    Plaintiff,

v.                                            CASE NO: 8:07-cv-151-T-26MAP

TOTAL RENAL CARE, INC.,

    Defendant.
_____/

**O R D E R**

Upon due consideration of the parties' stipulation (Dkt. 11), it is ordered and adjudged as follows:

1) Defendant's Motion to Strike Plaintiff's Expert Witness, Dr. Conrad Weller (Dkt. 8) is denied as moot.

2) The hearing scheduled on the motion for Friday, September 28, 2007, at 10:00 a.m., is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on September 26, 2007.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record