UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN A. COLON,

    Plaintiff,

v.                                              CASE NO: 8:07-cv-151-T-26MAP

TOTAL RENAL CARE, INC.,

    Defendant.
_____/

**O R D E R**

The Court has for its consideration Plaintiff's Motion for Partial Summary Judgment, Statement of Undisputed Material Facts, and Supporting Memorandum of Law[1] and Defendant's Response to Plaintiff's Motion for Partial Summary Judgment and Statement of Disputed Facts in Response to Plaintiff's Motion for Partial Summary Judgment.[2] After careful review of the parties' arguments and submissions, the Court is of the opinion that Plaintiff has wholly failed to demonstrate by his own deposition testimony that he is entitled to judgment as a matter of law with regard to the critical issue of whether Defendant committed an actual violation of a law, rule, or regulation. See, e.g., Johnson v. Stein Mart, Inc., 2007 WL 1796265 *6 (M.D. Fla. 2007) (holding

---

[1] See docket 15.

[2] See dockets 34 and 35.

that in order "[t]o prevail on a claim under the [Florida Whistleblower Act], an employee must prove an actual violation of a law, rule, or regulation.") (and cases cited). As Plaintiff clearly and unequivocally acknowledged in his pretrial deposition, he never actually observed Patient Care Technician Ivory Benson administering heparin but was only suspicious of what she was doing.[3]

Accordingly, it is ordered and adjudged that Plaintiff's Motion for Partial Summary Judgment (Dkt. 15) is denied. It is also ordered and adjudged that Defendant shall furnish this Court with a courtesy copy of its motion for summary judgment and supporting submissions within 5 days of this order[4] and that Plaintiff shall respond to the motion within the time fixed in the Court's Case Management and Scheduling Order entered April 5, 2007.[5]

**DONE AND ORDERED** at Tampa, Florida, on October 25, 2007.

        s/*Richard A. Lazzara*
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[3] See docket 15, Exhibit B, pages 50-51 and 57-58.

[4] See dockets 21-33.

[5] See docket 7, paragraph 6(c).