**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUAN A. COLON,

    Plaintiff,

v.                                                     CASE NO: 8:07-cv-151-T-26MAP

TOTAL RENAL CARE, INC.,

    Defendant.
_____/

## O R D E R

    Before the Court are Defendant's Motion to Tax Costs and Plaintiff's Response. The Court notes that Plaintiff failed to address Defendant's entitlement to taxable costs pursuant to the governing federal statute, 28 U.S.C. § 1920, or whether the costs Defendant claimed to be taxable fell within the ambit of that statute. Notwithstanding this failure, the Court has carefully reviewed Defendant's submissions and determines that Defendant is entitled to taxable costs in the sum of $2,125.75 for court reporter fees as provided for in § 1920(2) and $425.90 for exemplification and copying fees as authorized by § 1920(4).

    Accordingly, it is ordered and adjudged as follows:

    1) Defendant's Motion to Tax Costs (Dkt. 43) is granted.

    2) The Clerk shall enter a judgment taxing costs against Plaintiff in the sum of $2,551.65.

    **DONE AND ORDERED** at Tampa, Florida, on December 17, 2007.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record