**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JUAN A. COLON,

    Plaintiff,

v.                                                                                               CASE NO: 8:07-cv-151-T-26MAP

TOTAL RENAL CARE, INC.,

    Defendant.
_____/

## O R D E R

    Before the Court are Defendant's Motion for Attorneys' Fees and Plaintiff's Response. The Court notes that Plaintiff has filed a notice of appeal from the Court's order granting final summary judgment in favor of Defendant.[1]  Under these circumstances, the Court is of the opinion that the Court should defer the issue of whether Defendant as the prevailing party is entitled to attorneys' fees under sections 448.104 and 448.08, Florida Statutes, until the appeal has concluded with a mandate from the Eleventh Circuit Court of Appeals.  In the event Plaintiff successfully convinces the Eleventh Circuit to reverse the Court's summary judgment order, any award of fees would necessarily be reversed.  In the event Defendant prevails on appeal, it would be authorized to seek its appellate fees under the relevant statutes, thus requiring the Court to undertake a second analysis of its entitlement to such fees.  Consequently, judicial economy dictates that the issue of attorneys' fees be deferred until the conclusion of Plaintiff's appeal.

    Accordingly, it is ordered and adjudged as follows:

---

[1] See docket 46.

1) The Court defers ruling on Defendant's Motion for Attorneys' Fees (Dkt. 44) until the conclusion of Plaintiff's appeal.

2) If successful on appeal, Defendant shall file a motion to reinstate the motion for attorneys' fees.

3) The Clerk is directed to terminate the motion from pending status.

**DONE AND ORDERED** at Tampa, Florida, on December 17, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record